UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re: Civil Cases
18 Civ. 6697
19 Civ. 659                                    **SCHEDULING ORDER**
19 Civ. 2108
19 Civ. 3325
18 Civ. 409
19 Civ. 4728
17 Civ. 8874
19 Civ. 6706
19 Civ. 8176
18 Civ. 12126
19 Civ. 3954
17 Civ. 2027
17 Civ. 7494
19 Civ. 1192
15 Civ. 5346
-------------------------------------------------------X

TO ALL PARTIES:

In order to slow the spread of COVID-19, the Court will hold all conferences by telephone.

Counsel shall call the following number at the time of the conference:

    <u>Toll-Free Number</u>: 877-873-8017
    <u>Access Code</u>: 4264138

In *pro se* inmate cases, counsel shall ensure that the *pro se* party is on the line before calling the

above-referenced number. The Clerk is directed to mail a copy of this order to any *pro se* party.

Dated: March 16, 2020
       White Plains, New York

          **SO ORDERED:**

          *Judith C. McCarthy*
          JUDITH C. McCARTHY
          United States Magistrate Judge